

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-16-00084-CV

| | | |
|---|---|---|
| Jeffrey Mann | § | From the 211th District Court |
| v. | § | of Denton County (15-09620-393) |
| Denton County, Paul Johnson, Charles Orbison, Brian Wolfe, Hardy Burke, Sam Mooney, and Pattie Biffar | § | June 16, 2016 |
| | § | Opinion by Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth_____
       Justice Bonnie Sudderth